UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Criminal Case No.  06-cr-00384-WYD

UNITED STATES OF AMERICA,

     Plaintiff,

v.

1.  NELSON OMAR MORALES-PIMENTAL
    Defendant.

---

**ORDER**

---

     This matter is before the Court upon a review of the file.  To ensure that all pre-trial phases of the case are complete before the commencement of the jury trial, it is

     ORDERED that all pretrial motions shall be filed by **Wednesday, November 8, 2006**, and responses to these motions shall be filed by **Monday, November 20, 2006**.  It is

     FURTHER ORDERED that a hearing on all pending motions and final trial preparation conference is set for **Monday, November 27, 2006, at 4:30 p.m.**  It is

     FURTHER ORDERED that a two-day jury trial is set to commence **Monday, December 4, 2006, at 9:00 a.m.**

     Dated:  October 16, 2006

                                                 BY THE COURT:
                                                 s/ Wiley Y. Daniel
                                                 Wiley Y. Daniel
                                                 U. S. District Judge